IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEBRA WARE** **PLAINTIFF**

**V.** **NO. 4:20cv195-DMB- JMV**

**CLARKSDALE MUNICIPAL**
**SCHOOL DISTRICT, ET AL.** **DEFENDANTS**

## ORDER

Before the court is the order addressing modification of discovery deadlines [58]. In accordance therewith and after consultation with the parties, the discovery deadlines are modified as follows:

> Discovery is due October 22, 2021;
>
> *Daubert* Motions are due November 23, 2021; and
>
> Dispositive Motions are due December 23, 2021.

**SO ORDERED**, this the 17th of August, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**