IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEBRA WARE**                                                                                  **PLAINTIFF**

V.                                                                                        NO. 4:20-CV-195-DMB-JMV

**CLARKSDALE MUNICIPAL
SCHOOL DISTRICT, et al.**                                                        **DEFENDANTS**

## ORDER

On March 17, 2022, the parties appeared before United States Magistrate Judge Jane M. Virden for a settlement conference. Doc. #120. The civil minutes from the conference reflect that the case was conditionally settled. *Id.* Approximately one week later, the parties informed the Court that the settlement has been confirmed. In light of the settlement, the pending motion for summary judgment [103] is **DENIED without prejudice**.

**SO ORDERED**, this 28th day of March, 2022.

                                                                     /s/Debra M. Brown
                                                                     **UNITED STATES DISTRICT JUDGE**